FILED
CLERK, U.S. DISTRICT COURT

AUG - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROY PEREZ,                              )   NO. CV 07-5710-GHK(E)
                                        )
              Petitioner,               )
                                        )
       v.                               )   JUDGMENT
                                        )
RICHARD KIRKLAND, Warden,               )
                                        )
              Respondent.               )
_____)

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

    DATED: _____8/3_____, 2008.

                                    _____
                                    GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE